**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on March 16, 2023**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | |
| SAI VARSHITH KANDULA, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 1361 |
| Defendant. | : | (Depredation Against Property of the |
| | : | United States) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about May 22, 2023, within the District of Columbia, the defendant, **SAI VARSHITH KANDULA**, did willfully injure and commit depredation against property of the United States, and of any department and agency thereof, and any property which has been and is being manufactured and constructed for the United States, and any department and agency thereof, that is, metal barriers protecting The White House and President's Park, causing damage in an amount more than $1000.

**(Depredation Against Property of the United States**, in violation of Title 18, United States Code, Section 1361.)

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves*

Attorney of the United States in
and for the District of Columbia.