**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES of AMERICA              *

    Plaintiff,                                       *

    v.                                                 *          Case No. 1:23-CR-00222

SAI VARSHITH KANDULA              *

    Defendant.                                  *

        *   *   *   ooo0ooo   *   *   *

<u>**ERRATA**</u>

Respectfully submitted,

Kobie A. Flowers (Bar No. 991403)
BROWN GOLDSTEIN & LEVY, LLP
1300 Eye Street, NW, 8th Floor
Washington, DC 20005
Tel:  (202) 742-5969
Fax:  (202) 742-5948
kflowers@browngold.com

Dated:  August 21, 2023                    *Counsel for Defendant Sai Kandula*

# *The Supreme Court of Missouri*



## *Certificate of Admission as an Attorney at Law*

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/17/1983,

# *N. Scott Rosenblum*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 16th day of August, 2023.

Clerk of the Supreme Court of Missouri