AUNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 23-CR-00222 (DLF) |
| | : | |
| **SAI VARSHITH KANDULA,** | : | |
| | : | |
| **Defendant.** | : | |

### JOINT STATUS REPORT AND MOTION FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT AND TO CONTINUE STATUS HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and counsel for the defendant, Scott Rosenblum Esq., hereby submit this joint status report, and jointly move this Court to exclude from the calculation of time before which this matter must be brought to trial under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7) and the status hearing until November 15th, 2023

### PROCEDURAL HISTORY

The defendant was charged in a criminal complaint on May 23, 2023, having been arrested on May 22, 2023 and initially charged in D.C. Superior Court for the conduct alleged in the present case. On May 24, 2023, the defendant made his initial appearance in District Court. On June 9, 2023, a detention hearing was held, where the defendant was committed to the custody of the Attorney General pending trial. At the conclusion of the detention hearing, a preliminary hearing was set for July 13th, and the parties jointly agreed to the exclusion of time under the Speedy Trial Act, 18 U.S.C. §3161(h)(7) from June 9th until July 13th.

On July 11, 2023, the Defendant was indicted on one count of 18 U.S.C. § 1361, Depredation Against Property of the United States. *ECF #17.* Pursuant to a Joint Motion, the time from July 13 to July 31, 2023, was excluded in computing the date for a speedy trial. *ECF #20.*

July 31st was originally set for an arraignment, but an arraignment was not held as the defendant was unable to attend Court, and the arraignment was rescheduled, and time excluded until August 4th.  On August 4th, the Defendant was arraigned, a status conference was set for September 19, 2023, and time under the Speedy Trial Act was excluded from August 4th to September 19th. On August 21, 2023, counsel for the defendant, Scott Rosenblum, made an appearance in the case.

## BACKGROUND AND ARGUMENT

On September 12th, the parties discussed the status of discovery, confirming that it was received, as well as the timing of any potential plea offer. As of the date of this filing, the government has not extended a plea offer, but expects to be able to do so within a short time and informed defense counsel. Counsel for the defendant informed the government that they were seeking a mental health assessment on Mr. Kandula, which may be relevant to assessing any potential plea agreement. Because of the timing involved in obtaining a mental health assessment, the Defendant Kandula requested a status hearing on November 15th to allow time for a mental health professional to complete any examination.

The Speedy Trial Act allows for the exclusion of time from within which to proceed to trial based on a continuance granted by the Court on the Court's own motion, at the request of the defendant, or at the request of the government, where the Court issues findings that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

The parties request the time from September 19, 2023 until November 15, 2023 is excluded from the Speedy Trial Act. During this time, the parties will be able to complete the steps outlined above, and will be able to determine if a resolution of this case, short of a trial, can be obtained. Excluding this time would allow the ends of justice to be served, and outweigh the best interest of

the public and the defendant in a speedy trial. The parties also jointly consent to the Status Hearing on November 15, 2023 occurring through remote means, via either videoconference or teleconference.

## CONCLUSION

WHEREFORE, for the foregoing reasons, the United States respectfully requests that this Court set a status hearing in this case for November 15, 2023 and enter an Order excluding from computation under the Speedy Trial Act the time from September 19, 2023 to November 15, 2023.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

| | |
|---|---|
| */s/ Alexander Schneider* | */s/ Scott Rosenblum* |
| ALEXANDER SCHNEIDER | SCOTT ROSENBLUM |
| Special Assistant United States Attorney | Counsel for Defendant |
| Michigan Bar No. #P71467 | Missouri Bar No. #33390 |
| 601 D Street, N.W. | 120 S. Central Ave., #130 |
| Washington, D.C. 20530 | Clayton, MO  63105 |
| Phone: (202) 252-7124 | Phone (314) 862-4332 |
| Email: alexander.schneider@usdoj.gov | Email: srosenblum@rsfjlaw.com |