

4:39

S

Sai Varshith ›

May 22, 2023 at 8:50 AM

Where r u  8:50 AM

Call me for ride  9:13 AM

Uber is very costly  9:21 AM

May 22, 2023 at 1:35 PM

Please call me  1:35 PM

R u in New Jersey  2:14 PM

Please call me nana  2:16 PM

May 22, 2023 at 3:21 PM

I also transfered for ticket  3:21 PM

Please call nana once  3:21 PM

May 22, 2023 at 5:43 PM

Can u please say ur ok  5:43 PM

May 22, 2023 at 6:50 PM

You're invited to join (901) 608-2001's family in AT&T Secure Family. Tap the link to download app and pair your phone.  6:50 PM

securefamily.app.link  6:50 PM

Text Message





