**FBI INTERVIEW PART 1**

AGENT 1 (A1): After you.

OFFICER: And may I just grab your names for the [inaudible].

A1: Let me just show you mine because my name's hard to spell. Elizabeth Kilcomins (?).

OFFICER: 227…

A1: 2279 (?). We really don't use this as an identifier, but feel free to write it down. No worries.

AGENT 2 (A2): [Inaudible]

A1: You're in charge James, it was at the White House.

A2: James Simons, S-I-M-O-N-S. A15132.

OFFICER: Alright guys, I'm gonna turn my body camera on.

A2: Sounds good.

A1: Thanks for the warning.

OFFICER: Yeah, no problem. I don't know. It's fucking weird.

A1: No, we have them too on [inaudible] been wearing them as well.

A2: You're gonna hook him up to this one?

OFFICER: Uh, I'm just gonna keep him with his hands behind his back, handcuffed.

A2: Okay, cool. Sure.

A1: [Mumbled]

A2: Do you mind Miranda-ing?

A1: Yeah, no. You do this more than I do, in terms of what he did, so, you know.

A2: Yeah, I think we're just going to have a conversation with him.

A1: Yeah.

A2: See if we can get him to…

A1: This is the [inaudible].

A2: It's pretty similar to ours.

A1: We literally have to read every point out loud. The [inaudible] are like… the psych office and DC haven't found, but it doesn't sound like it would have been [inaudible].

A2: Are you good to take notes?

A1: Yes, I'm good. Mm-hmm. What is this, is today the 20…

1

A2: It's the 22nd still for like 12 minutes.

*Client enters.*

A2: Hey, how's it going?

A1: Hi.

KANDULA: Hi.

A2: So I'm Special Agent James Simons. We're with the FBI. This is my partner, Elizabeth Kilcomins (?).

A1: My name's Liz, nice to meet you.

KANDULA: Nice to meet you [mumbled].

A2: So Liz is gonna go over a form with you. Just try to listen to what she's saying, and we're gonna have to have you answer for us at the end.

KANDULA: Uh-huh.

A2: But I'm gonna let her read that to you and we'll go from there.

A1: So we'd like to talk to you. We'd like to ask you some questions and hear what you have to say. But before we can do so, because you are currently under arrest we have to read you your Miranda rights.

KANDULA: Mm-hmm.

A1: So I'm gonna read them to you. If you have any questions, just ask me, okay?

KANDULA: Yeah, alright.

A1: Okay, so before we ask any questions, you must understand your rights. You have the right to remain silent. Anything you say can be used against you in court.

KANDULA: Mm-hmm, yeah.

A1: You have the right to talk to a lawyer for advice before we ask you any questions.

KANDULA: Mm-hmm.

A1: You have the right to have a lawyer with you during questioning.

KANDULA: Uh-huh.

A1: If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

KANDULA: Mm-hmm, yeah.

A1: If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time.

KANDULA: Yup, yeah.

2

A1: So I'm gonna show you this, it says "I have read this statement of my rights and I understand what my right are." Do you have any questions about what I just read you?

KANDULA: No. *Shakes head.*

A1: So, "at this time I am willing to answer any questions without a lawyer present." So if you sign this sheet, you're acknowledging what this says. And again, if you want to stop at any time, you can, okay?

KANDULA: Yeah, no problem. Mm-hmm.

A1: So he's handcuffed behind his back, so signing this is not…

A2: Yeah, are you… will you verbally waive your rights to us and we can have you sign it after the fact?

KANDULA: Yeah, that works. Yup.

A1: Okay?

A2: So you're acknowledging now that you understand your rights and you're verbally waiving your rights at this time?

KANDULA: Yep, mm-hmm.

A1: If you have any questions, let us know. So I'm just gonna have James sign this here. And I'm sorry, is your name—is it Sai?

KANDULA: Yup. Just Sai.

A1: Okay, alright.

A2: What time is it… it is 11:51. It is still the 22nd of the month. Alright. Thank you, Sai. We'll get you to sign it when you're back.

KANDULA: Uh-huh.

A2: Alright, so you already did talk with some of our colleagues a little bit ago, right?

KANDULA: Yep.

A2: Okay. Um, they're with the Secret Service. You understand why they were talking to you?

KANDULA: Uh-huh.

A2: Well we're here with the FBI. We just wanna know what led up to tonight and what brought you to the White House.

KANDULA: You know, if the gates were open, I could've gotten in. But I couldn't find the entrance.

A2: Okay. You were looking for the main entrance to get inside?

KANDULA: Mm-hmm.

A2: How did you know where to go? Did you just find it on Google Maps?

KANDULA: Yup.

A2: Really? Just punched it into your phone?

KANDULA: Yup.

A2: Nice. You used just your iPhone or something?

KANDULA: Mm-hmm, yup.

A2: Gotcha.

KANDULA: Just phone, yup.

A2: And what was your ultimate goal? What was your intention?

KANDULA: To seize power. To become the leader of this nation.

A2: Okay. What were you gonna do once you had power? What was your plan?

KANDULA: I mean, just rebuild it, you know. Take what it's [inaudible].

A2: What's your political platform?

KANDULA: I don't have much, I just got [inaudible], I guess. Not Republicans, not Democrats.

A2: Just everybody, right?

KANDULA: Mm-hmm.

A2: What, uh… so you were looking to install yourself as president basically?

KANDULA: Yup.

A2: But you have no political platform. You gotta think of something, right?

KANDULA: Mm-hmm, yup.

A2: So what is your…

KANDULA: It's not a democracy, you know. I don't necessarily have a platform.

A2: Okay. What made you want to be the leader?

KANDULA: The state of this world. Not just this country, you know, but…

A2: Just everywhere.

KANDULA: Mm-hmm.

A2: Gotcha. What upsets you about the state of the world?

KANDULA: I mean, just, you know, war…

A2: Yeah. It's tough times.

KANDULA: I mean, not that kind of war, but just, look at Europe, you know.

A2: Yeah. There's a lot of stuff going on.

KANDULA: Mm-hmm.

A2: So where did you come from today?

KANDULA: Missouri.

A2: You flew here?

KANDULA: Mm-hmm.

A2: Where did you fly into?

KANDULA: What did you say?

A2: Where did you fly into?

KANDULA: Dulles International.

A2: Dulles, okay. And you just flew from, what is that, St. Louis?

KANDULA: Uh-huh, yup.

A2: What were you doing earlier today, before you flew in? Were you just at home?

KANDULA: No, like I said right, I was looking at a U-Haul, and getting it right from there.

A2: Okay. But what time did you fly in today?

KANDULA: Oh, uh, like 7.

A2: So what were you doing earlier today?

KANDULA: I mean, just, looking at those flight tickets.

A2: Gotcha.

KANDULA: Just at the airport, you know, to get [inaudible].

A1: You booked the flights today?

KANDULA: Mm-hmm, yup.

A2: Oh, okay. Last-minute trip, right?

KANDULA: Yup.

A2: Gotcha. And where… you live in Missouri full-time?

KANDULA: Yup. Just St. Louis.

A2: St. Louis, nice. And do you have an apartment there or something?

KANDULA: No, just a car.

A2: A car, okay. So you're living out of your car there?

KANDULA: Mm-hmm.

A1: Where did you get the funds? Do you work, or…

KANDULA: A loan.

A1: A loan? Is that how you got the funds to pay for the ticket?

KANDULA: Mm-hmm, yep.

A1: Okay. Alright.

KANDULA: Yeah, the tickets were [inaudible], so just had to take out a loan.

A2: Did you just go to the bank or something?

KANDULA: Yeah.

A2: How much did you take out for the ticket?

KANDULA: About $4000.

A2: $4000? I was gonna say, last-minute flights are gonna be kinda expensive, right?

KANDULA: Mm-hmm.

A2: Should've flown first class.

KANDULA: *Laughs*.

A2: *Laughs*. So you got to D.C., you went right to the U-Haul place. How did you know you were gonna go to the U-Haul place?

KANDULA: I just had to book a cab.

A2: Got it. But did you know you were gonna go get a U-Haul before coming?

KANDULA: Mm-hmm, yep.

A2: Why did you choose the U-Haul?

KANDULA: I mean I couldn't find a truck, so yeah.

A2: But what about… you couldn't have rented a car, is what you're saying.

KANDULA: I didn't think it was gonna ram in, you know, so yeah.

A2: Gotcha.

KANDULA: Yup.

A2: What kind… I mean, was it a big U-Haul truck, or was it just like a normal truck?

KANDULA: I mean, I would've rented a dump truck, but I couldn't find it.

A2: *Laughs.* You couldn't find a dump truck?

KANDULA: Nope.

A2: I don't know if it's easy to rent a dump truck these days. I personally haven't tried, but…

KANDULA: Yeah. I mean, I probably would've [inaudible] in order to take the White House, but I was just short on money, so yeah.

A2: You probably would've what?

KANDULA: I was short on money, so yeah. Didn't have that much timing, so not much.

A2: So when you were in St. Louis this morning, did you know that you were gonna rent a U-Haul?

KANDULA: Mm-hmm, yup.

A2: Okay. Well, uh… What made you choose a U-Haul in particular?

KANDULA: I mean, nothing special about it, I just found out about it.

A2: Okay. Gotcha. Okay, so you got to D.C., you take the cab, you go straight to the U-Haul place…

KANDULA: Mm-hmm, yup.

A2: Do you know where the U-Haul place was?

KANDULA: I mean, I had to, uh, look at cabs.

A2: Did you just ask the cabbie to take you?

KANDULA: Mm-hmm, yup.

A2: Okay, gotcha. So you get your U-Haul, you already said you just, you get Google Maps pulled up, Apple Maps or whatever. Then what happens?

KANDULA: I'm sorry?

A2: Then what happens?

KANDULA: I just drive out of there, you know, with directions, yeah. I saw it but like I said, right, I couldn't find the entrance, so yeah.

A2: Gotcha. Did you start going around or something?

KANDULA: Nah.

A2: Or you just saw it and like, "that's the first one, I'm going for it?"

KANDULA: Mm-hmm, yep.

A2: Gotcha.

KANDULA: [I thought] I was gonna break, but those things are pretty hard, you know?

A2: Yeah.

KANDULA: I didn't think I was gonna do it myself, but you know, if I had more money, I probably would've hired more people, but yeah.

A2: Hired more people?

KANDULA: Mm-hmm, yup.

A2: What would they help you with?

KANDULA: I mean mostly inmates, you know, so yeah. Didn't think I was gonna be… yeah, so yeah. I mean yeah, people like that, you know, so yeah.

A2: You're saying you would've hired who?

KANDULA: I mean, you know, take people out on bond, [inaudible], give them a chance.

A2: Oh, you're saying like inmates?

KANDULA: Uh-huh.

A2: And what would you be giving them a chance to do?

KANDULA: Take this capital, you know, free themselves. I mean, I'm pretty sure I could find people, you know.

A2: Yeah, you probably could.

KANDULA: Yeah.

A2: Um, okay, so you drive to the gate, right?

KANDULA: Yup.

A2: What happens then?

KANDULA: Just driving in there. I mean, I didn't think no one was gonna… I mean [inaudible] was gonna break it, you know.

A2: Yeah. So what happens when you it hit at first? Just stops?

KANDULA: No, just breaks.

A2: The car breaks?

KANDULA: No, I mean those fences.

A2: Yeah, yeah.

KANDULA: They break.

A2: And then what, did you back up and try again?

KANDULA: Mm-hmm.

A2: How many times did you try to hit it?

KANDULA: 3 [?] times.

A2: I've never personally tried, so.

KANDULA: Yeah, I hit it pretty hard, you know. But I mean, they don't break, so yeah. I'm outside the fence, you know, but like I said, right.

A2: How fast were you going?

KANDULA: I mean I just rammed it in.

A2: Just floored it.

KANDULA: Mm-hmm, yup.

A2: Gotcha. What happened after that?

KANDULA: I mean, like I said, right, I could get my political statement across, so yeah.

A2: Yeah, but what like… So you rammed it in, you hit it again, you hit it again,

KANDULA: I mean, if no one had stopped me I just would've kept ramming it in. Yeah, so.

A2: So somebody said something like, you jumped out with like a flag or something?

KANDULA: Yeah, had to… I mean I couldn't hold it up there you know, so…

A2: What was the flag?

KANDULA: A swastika.

A2: A swastika? What are you doing with a swastika?

KANDULA: Had to put it out there, so yeah.

A2: Put out what?

KANDULA: Just, I guess political.

A2: So you're just making a political statement.

KANDULA: Mm-hmm.

A2: What is the political statement you're making?

KANDULA: I mean just, you know, once I was gonna be in charge, you know, taking over this world and like I said, right.

A2: Say that one more time.

KANDULA: Take over this world… What I said is once I was in charge…

A2: Oh, once you're in charge.

KANDULA: Like I said, right, it won't be a democracy… a democratic country. It will be an authoritarian country, so yeah. I would turn it into one.

A1: What does the swastika flag mean?

KANDULA: Authoritarianism.

A1: Authoritarianism? What does that mean to you?

KANDULA: Just works pretty well.

A2: It works well?

KANDULA: Mm-hmm.

A2: Are you inspired by that symbol of the swastika?

KANDULA: *Nodding.* A lot of history.

A2: What about that history is… it's a very interesting part of history.

KANDULA: I mean not just that but like I said right, look at present problems, you know.

A2: Are you saying segregating? [?]

KANDULA: No no no no. Just when you look at how the world is, right.

A2: Oh, right right, okay. So you're thinking that would be… So, correct me if I'm wrong, cause I don't wanna misinterpret your political ideas here. But you're saying that the swastika is kind of like a sign of authoritarianism.

KANDULA: No just that but the kind of world view.

A2: The kind of world that you think is more…

KANDULA: Better.

A2: That you'd like to live in.

KANDULA: Not just me but like I said right, it's not personal, but like I said right, yep.

A2: Okay. Are you a fan of Nazis?

KANDULA: *Shakes head.* Just thought it was a better, you know, looking for a kind of world, you know what I'm saying. Or at least in terms of how the world should be built, you know.

A2: Yeah.

KANDULA: I mean you have certain, you know, how should I say, certain ideologies.

A2: Right.

KANDULA: So yeah.

A2: No, this is uh… It's a really interesting part of history, so it's uh… I'm curious what you have to say.

KANDULA: It's not about history, but when you look at current problems they lost, but like I said, right.

A2: But I'm hoping you can educate us on how you think that can…

KANDULA: [Inaudible] they lost, but like I said right, I mean, you look at America one of the most powerful countries, you know.

A2: Right.

KANDULA: I'm pretty sure they could take over this world, you know, so yeah.

A1: Who can take over?

KANDULA: This country. I mean, we got one of the strongest militaries, so yeah.

A2: Okay. So, you get out, you get the flag, right. Then what happens? You just get arrested?

KANDULA: I [inaudible] my political statement across before I leave the area [?].

A2: You did what with your political statement?

KANDULA: I sent it right to people in charge, yeah. I mean these people are put in place, you know, puppets, so yeah. The people behind them, you know, so yeah.

A2: Right. And then you get arrested and now you're here, right.

KANDULA: Yeah.

A2: Gotcha.

KANDULA: Yup.

A2: Did you have anything else with you? What did you travel with, any other belongings or anything?

KANDULA: Just a book, that like I said right, has all my ideas.

A2: You have a book with your ideas?

KANDULA: Mm-hmm, yeah.

A2: And where is that?

KANDULA: They got it, so.

A2: Who is the "them," was it in the U-Haul?

KANDULA: Yeah, it was in the book bag.

A2: Okay. You didn't have a phone with you, anything else?

KANDULA: Nah, they just took everything.

A2: Nothing else in the U-Haul, like weapons or…

KANDULA: No.

A1: No phone?

KANDULA: I mean, I put it on there but yeah.

A1: So is there a phone in the U-Haul?

KANDULA: Mm-hmm.

A1: Okay.

A2: You had to have the Google Maps, right?

KANDULA: Yeah, yeah.

A2: So, I'll be honest, you know, a lot of times for me it's really surprising for me to see somebody waving a Nazi flag, right?

KANDULA: I mean, I wasn't trying to like [inaudible] or support or anything, like it wasn't that, you know. Seize power like I said, you know.

A2: Yeah, I mean you just don't seem like the kind of guy who would have a Nazi flag.

KANDULA: It's nothing personal, you know, like I said right.

A2: Where did you get it from?

KANDULA: Just had to order it.

A2: You just ordered it online?

KANDULA: Yeah, mm-hmm.

A2: Where… it came to you, where can you get those these days?

KANDULA: Texas

A2: Texas?

KANDULA: Yeah.

A2: It came from like an online site?

KANDULA: Yeah.

A2: Where do you get those?

KANDULA: I mean, you just have to like Google it.

A2: Yeah, I'm sure. You can get anything. You can get anything on that, yeah.

A1: Where did you learn about Nazism?

KANDULA: I mean, it's not something that… well, like I said, right, I was just… I've heard about the history, but like I said right, when I look at political… [inaudible] political terms, you know. That's something that really stood out, so yeah.

A2: Okay. And in terms of like, the Nazi ideology, right, and the violence that they committed.

KANDULA: Yeah.

A2: Is that something that you are attracted to?

KANDULA: Yeah.

A2: Yeah, really? In what way?

KANDULA: You know, we're taking over this world, and what I said right. I mean or population, population quality. Obviously not [?] eugenics.

A2: Eugenics. But population quality, you mean… specific races, things like that.

KANDULA: Yep, mm-hmm. Yep.

A2: What does your ideal world look like?

KANDULA: Aryans.

A2: Aryans? Really? Interesting, okay.

A1: Why Aryans?

KANDULA: You look at all the progress they've built. Look at Europe, look at America. I mean it's nothing personal to me but [inaudible].

A2: No, it's interesting. And you said that the book that you brought, is that something you wrote?

KANDULA: Mm-hmm, yeah.

A2: Is it big?

KANDULA: I mean, it's a little bit.

A2: It's thick?

KANDULA: I mean, yeah. *Shows size with hands.*

A2: And you wrote all that?

KANDULA: Yep.

A2: Is it handwritten or did you type it?

KANDULA: I handwrote it

A2: Really?

KANDULA: Yep.

A2: And what is it, I mean you gotta fill me in has it got chapters…

KANDULA: Nah.

A2: It's just like one…

KANDULA: Not like that uh Mein Kampf book or something like that.

A2: It's not like Mein Kampf, no?

A1: Have you read that, Mein Kampf?

KANDULA: Pretty good, though yeah.

A2: You've read it?

KANDULA: Yeah.

A2: Any other books that you like?

KANDULA: Just, you know, not necessarily like [inaudible]... Just in terms of like, as the world should be, or just science and technology books, so yeah.

A2: There's a lot of Nazi books out there.

KANDULA: You know, not just that, but you know in terms of like...

A2: What are other books like uh, like, A Squire's Trial, you know that one?

KANDULA: I...

A2: You don't know that one? Any other books that you've read like Mein Kampf, any books like that?

KANDULA: Nah. It has a lot of truth to it though.

A2: It had a lot of truth to it? In what way?

KANDULA: I mean, you know, when you look at the state of the world, you know...

A2: So your underlying thing is like, they had the right ideas in terms of how to get our world to a more stable place?

KANDULA: Yep, yeah. And also they control the world, you know, so yeah.

A2: Who controls the world?

- KANDULA: You know, l
- A2: The reptilians? Sounds a little bit out there, right?

KANDULA: I mean, but like I said, right, it's how things are, you know. I mean, you know, they [inaudible] the mainstream media, they want people to believe them, you know what I'm saying.

- A2: Who are the... I mean... Is anybody a reptilian? How do you know?
- KANDULA: I mean, shapeshifting, you know what I'm saying... I mean, you don't see them but like I said right, they put people in charge.
- A2: How does one become a reptilian?

KANDULA: I mean, it's another race, you know, they didn't like, become one, like I said, right.

A2: Oh, interesting. Okay.

A1: What did you say about the media? That the media wants...

KANDULA: Establishment.

A1: What about the media, which media?

14

KANDULA: It's not just the media, you know, when you look at the corporations, so yeah. I mean, who controls them, you know. The people behind it, right.

A1: What about them?

KANDULA: I mean, they're not, you know, I mean it's been a couple hundred years when you look at um all these things, you know. They're out there. I mean, like I said, right, how all these things happen randomly. You look at wars, so yeah. So yeah that's what I mean.

A2: Ok, so you get your book. Let's go back to the book for a second.

KANDULA: Um, it's not like that, though, like I said, it's just my ideas.

A2: Just your ideas…

KANDULA: Yeah, just straight to the point, so yeah.

A2: In this book, do you talk about committing violence against people?

KANDULA: I mean, yeah.

A2: Yeah?

KANDULA: I mean, when you take over the world, people die.

A2: Okay. Have you ever done anything violent towards anybody?

KANDULA: I mean it's not personal but like I said, right, I mean we have an entire army, so yeah.

A2: So you have.

KANDULA: I mean, army, so yeah. And when you're put in charge of this country, you know, you have control of the army, so yeah.

A2: No, I understand but like, in your past, cause you're not in charge now.

KANDULA: Yep, mm-hmm, no. [Inaudible] like I said, right.

A2: Okay.

KANDULA: It's nothing personal to me but like I said, right.

A2: Okay. So, if we look at your book, right, if we read it, which I intend to do, cause it does sound… you seem very proud of it, right?

KANDULA: Yup, right, right.

A2: What are we gonna learn about you from reading that?

KANDULA: I mean it's nothing about me but like I said, right, in terms of the kind of road that I would like to go, so yeah.

A2: Okay. So let's go a little hypothetical here.

KANDULA: Mm-hmm.

15

A2: You got your book, you got your U-Haul…

KANDULA: Mm-hmm.

A2: You break down the gate…

KANDULA: Mm-hmm.

A2: How far are you willing to go? How far were you willing to go tonight, right?

KANDULA: *Laughs*. I mean…

A2: Well, it's a true question, alright, cause you got the U-Haul, you're driving down…

KANDULA: I mean it's more than just the present when you look at the state of the world, right. I mean, at least as a matter of, you know, this country, right, you know, Republicans, Democrats, so yeah.

A2: Were you willing to commit violence tonight?

KANDULA: I mean not just me but like I said, right… Probably… Right, yeah. Not me personally, but like I said, right, in terms of me taking charging, you know, so yeah. I mean, if I have to, but like I said, right.

A2: Okay, so were you planning on hurting any law enforcement tonight?

KANDULA: I mean, [inaudible] but like…

A2: No?

KANDULA: Just higher officials, I guess.

A2: Higher up officials?

KANDULA: Mm-hmm.

A2: And need to do all this…

KANDULA: To seize power.

A2: I understand to seize power, but…

KANDULA: Mm-hmm.

A2: Were you planning on killing them?

KANDULA: I mean, you know, I guess in a way.

A2: Okay. That's the only way…

KANDULA: I mean, but not me like personally but like I said, right, people who are in charge. I can't just go like start killing people right? That's not something…

A2: Right, but I just… You know, obviously I have to ask you these questions.

KANDULA: Mm-hmm, yeah yeah yeah.

A2: You did rent a U-Haul and try to drive it into the White House. So you understand why we're curious.

16

KANDULA: Yep. Yep.

A2: You should've just, you should've just ran for office, man.

KANDULA: Take so long.

A2: Start low, work your way up. You know what I mean? You took it to the extreme, you know what I'm saying?

KANDULA: You gotta do what you gotta do sometimes, like I said, right.

A2: Okay.

A1: What do you think might've happened when you were at the gate? Or what did you expect to happen?

KANDULA: Like I said, right, but [inaudible] I would've sent a message, so yeah.

A2: Okay. So your plan is basically like, take power, authoritarian government…

KANDULA: Mm-hmm.

A2: You're gonna cleanse the population.

KANDULA: Yup. [Inaudible]

A2: I'm not trying to put words in your mouth.

KANDULA: Yeah yeah, no problem, yup. But like I said, right it's over centuries, you know, when you look at, you know, for just world peace it's not just a couple of years, but like I said, right, in terms of it, so yeah.

A2: Okay. Alright. Now, is there anything that you—other than Mein Kampf… this is something that's interesting to us, right? So is there any, are there any websites that you use that you can read about this stuff on? Authoritarianism, things like the Nazis…

KANDULA: Oh, not really, I mean, like I said, right.

A2: So that just popped into your head?

KANDULA: Yes.


**FBI INTERVIEW PART 2**

A2: You know what, cause I've heard from people before… I've heard about the reptilians, I've heard about the shapeshifters, I've heard about… You know, that doesn't just pop into your head. You read that somewhere. I'm just wondering where you got this.

KANDULA: I mean, but like I said right, I can't specifically name the websites, but certainly when you look at the kind of information they have, I mean like I said right, instead of being biased, so yeah, that's one of those things. I mean, I found it, but like I said right… I wasn't necessarily, you know, in that way uh… I didn't you know, uh, I took it. So yeah.

A2: Okay. Are you… would you consider yourself like a conspiracy theorist?

KANDULA: Uh, no.

A2: No? Everything's grounded in reality?

KANDULA: Mm-hmm, yep.

A2: Okay. What about—and I don't mean to offend you by this, but I have to ask.

KANDULA: Yeah, no problem.

A2: You ever dealt with any mental health issues?

KANDULA: I don't… no.

A2: No? Nothing like that? Never taken medication?

KANDULA: Nope.

A2: Gone to therapy?

KANDULA: Nope.

A2: Nothing?

KANDULA: Nope.

A2: Okay.

A1: Do you hear anything—you know, I'm just asking this, it's an important question. Do you hear voices at all?

KANDULA: Um, no, no. Nothing like that at all, like I said right, I'm mentally fine.

A2: So nothing, like, told you, "You gotta get the U-Haul, gotta run it into the White House." That was you.

KANDULA: Yep. Yep, that was me.

A2: Okay.

KANDULA: But like I said, sometimes you gotta do what you gotta do in terms of it, so yeah.

A2: Okay. How long have you known that you were gonna come to DC?

KANDULA: [Inaudible], you know. Maybe like a month, I guess.

A2: A month?

KANDULA: I mean, you know, had to get the loans. But like I said, right, I'm still working on the ideas, so yeah.

A2: Okay. So you've been thinking about doing this for a while.

KANDULA: Mm-hmm.

18

A2: Personally, for me, if I was gonna do this, this is something that… I wouldn't just be like, "Alright. I'm getting the flag. I'm going to DC." You know what I mean? Like, it would require a little bit of planning.

KANDULA: Mm-hmm.

A2: So. You've been thinking about it for a while.

KANDULA: Mm-hmm, yup.

A2: When did you know, how long ago did you know?

KANDULA: I mean, uh, not even really that long. But like I said, right, just working on those ideas, that took a lot, so yeah.

A2: Gotcha. And you said you're living out of your car.

KANDULA: Mm-hmm, mm-hmm, yup.

A2: What kind of car do you have? It's gotta be big enough to live in, right?

KANDULA: No, no. Just a small car.

A2: What kind of car?

KANDULA: Just like uh, I guess, um, a Volkswagen.

A2: Oh, okay. Just recline the seat and just…

KANDULA: Yup.

A2: sleep in there?

KANDULA: Mm-hmm.

A2: Gotcha. Are you from St. Louis, or Missouri?

KANDULA: Uh, yeah.

A2: You grew up there?

KANDULA: Uh-huh, yep.

A2: Do you have family or friends there, anything?

KANDULA: Yeah, I don't really have much.

A2: You don't have much?

KANDULA: Nope.

A2: You gotta have parents, right?

KANDULA: I don't know, I mean, a long time ago, so yeah.

A2: How old are you?

KANDULA: I'm 19.

A2: You're 19?

KANDULA: Mm-hmm.

A2: And you said "a long time ago."

KANDULA: Mm-hmm.

A2: You've only been an adult for like a year.

KANDULA: Yup.

A2: So you moved out two years ago.

KANDULA: Uh-huh, yep.

A2: Were you in high school at the time?

KANDULA: Um, yeah, uh-huh.

A2: Okay. So you dropped out?

KANDULA: No, I finished.

A2: You finished.

KANDULA: Earlier, so yep.

A1: So you graduated at that school.

KANDULA: Mm-hmm, yeah. Unfortunately.

A1: Unfortunately? What were you plans after high school?

KANDULA: I mean, didn't have much, but like I said, right, I mean, [inaudible].

A1: Did you want to work at all, or…

KANDULA: That didn't work out.

A2: Did you try?

KANDULA: Uh-huh.

A2: Where did you try to work?

KANDULA: I mean, like, I tried at Target, worked for a day, didn't like it.

A2: Didn't like it?

KANDULA: No.

A2: You seem like a smart dude, so I feel like you can hold a job.

KANDULA: Yeah, that's what I did, so yeah. It's not just working in a job, but like, [I heard police in that school?].

A2: Why did you only last a day at Target?

KANDULA: I mean, I didn't wanna waste my time, you know, felt like [inaudible].

A2: Okay. So you… sorry, I'm gonna backtrack a little bit. You were living with your parents and then you moved out.

KANDULA: Mm-hmm, yep.

A2: You haven't talked to them since?

KANDULA: Nope.

A2: No brothers? Sisters?

KANDULA: Nope. Nothing.

A2: No friends?

KANDULA: Nope. Nobody.

A2: I don't believe you, man.

KANDULA: I mean…

A2: You're a nice guy

KANDULA: I mean, yeah, but like I said, right. I prefer to be alone.

A2: You prefer to be alone?

KANDULA: Yep, mm-hmm.

A1: When did you move out from your parents'?

KANDULA: Maybe about two years ago.

A1: Two years ago?

KANDULA: Mm-hmm.

A1: I'm just gonna show James the phone—we have an image of what was inside the truck, they sent it to us.

KANDULA: Mm-hmm.

A2: Okay.

A1: So it says that they couldn't find a notebook inside the truck.

KANDULA: It, like…

A2: Is it the green thing? *Showing phone.* Is it the green thing?

KANDULA: I'm sorry I can't… Ah, yes, yes, yes.

A2: It's the green thing?

KANDULA: Yep, so yeah. They gathered it all?

A2: Yeah.

KANDULA: Nice, yup.

A2: So this is all your stuff.

KANDULA: Mm-hmm, yup.

A2: Okay.

KANDULA: I don't have my glasses.

A2: Where are you glasses? I don't know. I don't see any glasses there. I'm sure that they'll find them. Do you have a hard time seeing without them?

KANDULA: Uh-huh, yeah.

A2: Okay. We'll try and get those to you. You got your pencil there. What's the duct tape for?

KANDULA: I mean, the phone.

A2: The phone?

KANDULA: Yeah. When I'm following it for something.

A2: Oh, you tape it to the U-Haul?

KANDULA: Yup.

A2: I guess that's safer than holding it in your hand while you're driving, right?

KANDULA: Yup, yeah.

A2: Did you have any sort of weapons or anything?

KANDULA: No.

A2: How were you gonna take power?

- KANDULA: You know, people who are in charge of the, I mean, people who get put in power, right, yeah, they'll know, so yeah.
- A2: Oh, they'll just know that you're they rightful leader?
- KANDULA: Mm-hmm, yup.
- A2: How do you know that, man?
- KANDULA: I just know it like I said, right, it's just mostly spiritual, you know.

A2: Okay. Are you religious?

22

KANDULA: Nope. Not like that. But like I said, right, when you look at lobbies and you look secret organizations, so yeah.

A2: What kind of secret organizations are we talking about?

- KANDULA: I mean, we're not talking about in terms of Aryan, but when you look at reptilians, they're more evolved, so yeah.

A2: Interesting. You're educating me. Cause like I said, I've heard stuff about reptilians and shapeshifters before, but this is my first time talking with somebody about it, so.

KANDULA: Mm-hmm, yup.

A2: Alright, so you were gonna take power. Can I just go back really quick to your family situation?

KANDULA: Mm-hmm, yep.

A2: You don't talk to your parents.

KANDULA: Nope.

A2: Did you have a falling out with them?

KANDULA: I'm sorry?

A2: Did you have a falling out with them, a disagreement?

KANDULA: Oh, no, just…

A2: What led to… do you just wanna be alone?

KANDULA: Yep, mm-hmm.

A2: Do your parents still live there?

KANDULA: I think so.

A2: You think so.

KANDULA: Yep.

A2: I find it hard to believe that you don't talk to your parents.

KANDULA: It's just me…

A2: You got a cellphone, and they don't reach out to you?

KANDULA: Like I said, right, it's just me, you know, so yeah.

A1: You pays for your cell phone?

KANDULA: I mean, you know, I've just had it, you know, so yeah.

A2: Someone's gotta pay for it, man.

KANDULA: Yep. I mean, I just, like I said, right, pay for it on my own, in terms of loans, so yeah.

A2: So you just pay with loans. What bank keeps giving you loans?

KANDULA: I mean, Capital One [?] a bunch of other, like I said, right, yeah. I applied for a [inaudible], but they gave me [inaudible]. That was the main reason why I had to get a job though, you know, so yeah.

A2: Okay.

KANDULA: Yup.

A2: So you were unemployed, though, for the time. I mean, you were, as of today.

KANDULA: Mm-hmm. Yup.

A2: Um, so, you know you're not talking to your parents, you don't have any friends,

KANDULA: Mm-hmm.

A2: No family members.

KANDULA: Mm-hmm.

A2: Nothing like that. Do you know their phone numbers?

KANDULA: I mean, how would I know it, I mean…

A2: You don't have it saved in your phone?

KANDULA: No.

- A1: Do you think your parents… If you called them, would they want to talk to you?
- KANDULA: I don't want to talk to them. I don't talk to no one at all, except for, you know, [inaudible].
- A2: Well, you know, you're kind of in a bit of a situation you've got yourself in, right.
- KANDULA: No problem, yup.
- A2: You don't want anybody to come help you out?

KANDULA: Nope.

A2: What's your plan then, are you just gonna take your punishment?

KANDULA: I mean, yeah, I do it all on my own, like I said right, I'll figure it out all on my own, so yeah.

A2: Okay. With your cell phone, right…

KANDULA: Mm-hmm.

A2: Would you be willing to let us look at that?

KANDULA: Yeah, sure, no problem.

A2: Okay. So at some point down the road, basically… we have a form here that we would like you to sign.

A1: But the problem is, I don't have the phone with me.

A2: Right. We don't have the phone, but we're saying down the road, remember this conversation. Do you have anything on there about your writings or anything?

KANDULA: I'm sorry?

A2: Do you have anything on your phone about your writings, or anything like that?

KANDULA: Uh, no.

A2: You would let us look at your phone?

KANDULA: Yeah, no problem.

A2: Okay. Do you have a passcode for it?

KANDULA: Uh, I think so yeah. It's like this. *Makes motion with hands.* It's a passcode, so yeah.

A1: Can you give me one minute to just step outside and make a quick phone call? Do you mind?

KANDULA: Yeah, sure.

A2: Yeah, we can chat [inaudible].

A1: Okay, I'm just gonna leave this right here. I'll be really quick, okay?

A2: Are you okay, are your handcuffs getting a little tight?

KANDULA: Uh, yeah, yeah.

A1: I don't get reception inside this room, so I just have to make a quick call.

KANDULA: Yep.

A2: Are you willing to see if they'd be able to loosen him up just a little bit.

KANDULA: Yeah, they're pretty tight.

A2: They're feeling a little tight? Okay. Yeah, we'll check with them, okay?

A1: Yeah. Do you need water? Do you need anything right now?

KANDULA: Yup.

A1: Yeah? Okay.

A2: You said water?

KANDULA: Yup, mm-hmm.

A1: Let's see here. This is gonna be really loud, I'm gonna knock really loud, okay? *Knocks.* Okay. We'll see what we can get you here.

KANDULA: Um, so, will this be on the news?

A2: Will this interview be on the news?

KANDULA: Yep, mm-hmm.

A2: Nah, I don't think so. You wanted it to be?

KANDULA: Mm-hmm, yup.

A2: Why? You looking for some fame?

KANDULA: Just getting the message…

A2: Just getting the message across?

KANDULA: Yup, mm-hmm.

A2: Well, I mean, we'll definitely pass along.

KANDULA: Mm-hmm, yep.

A2: *To A1.* You might be able to call, is there a number on there?

A1: Sure. We're just trying to call the folks outside because we're locked [inaudible]. Let's see.

A2: I could almost have called back.

A1: Yeah. It says…

A2: Someone might be coming right now.

A1: Okay. Thank you. *Door opens.* Hey, I just want to step out real quick and take a call. Is there water or anything that we can get for him?

OFFICER: I got a room for a little water that used to be over there.

A1: Okay, I'll be right back.

A2: Hey, quick question.

OFFICER: Yeah.

A2: Would you be able to let him out just a notch, just a little bit?

OFFICER: Yeah. Which one?

A2: Both of them, or just one of them? Sai? Is it both hands?

KANDULA: Yeah, that works, yup.

OFFICER: You gotta stop twisting your hands, man.

KANDULA: Oh, sorry.

OFFICER: That's why this is happening. Here, let me move to this arm. Alright.

A2: Thanks.

OFFICER: Yeah, no problem.

26

A2: Have a seat. That feel a little bit better?

KANDULA: Yep, mm-hmm.

A2: Alright, good. Good good good. Alright, so no family, no friends. Do you have anybody's contact information in your phone?

KANDULA: No.

A2: No? You never called anybody?

KANDULA: Nope.

A2: Nothing? So if we look at your phone, we're not gonna find contact information?

KANDULA: Oh, there would be, but just Chase, you know, finance companies.

A2: *Laughs.* All your banks, right?

KANDULA: Yeah.

A2: So you're just going from bank to bank getting loans.

KANDULA: Yup, mm-hmm.

A2: And they just give them to you?

KANDULA: Mm-hmm.

A2: You don't pay them back though?

KANDULA: I mean, nah.

A2: No?

KANDULA: Not at this point, I mean. They're not gonna be able to reach me now.

A2: So you got all those loans within the last couple weeks, then?

KANDULA: Mm-hmm, yep. So yeah.

A2: Smart move. Cause then if you can't pay them back, they can't tell each other, "Hey, this guy took $4000 dollars from us and didn't pay us back."

KANDULA: Mm-hmm, yep.

A2: Gotcha.

KANDULA: Mm-hmm.

A2: I'm gonna be honest, man, I'm kind of confused. Cause you seem like a smart, nice guy.

KANDULA: I mean…

A2: I'm surprised that you did what you did, man.

KANDULA: Yup.

A2: You're 19 right?

KANDULA: Yup. I got the brains for it, so yeah.

A2: You got the brains for it?

KANDULA: Mm-hmm.

A2: Some might argue that it shows you don't have the brains, cause you tried to drive into the White House. *Laughs.* I can see both sides.

KANDULA: I mean, I'm just carrying a message, you know, so yeah.

A2: So you wanted to be on the news to get your message across.

KANDULA: Mm-hmm.

A2: Okay. Gotcha. Well, I mean, I don't know if what you did tonight is gonna be on the news or not, to be honest.

KANDULA: Wouldn't matter, like I said, right. People who need to know will know it, so yeah.

A2: You definitely… You definitely told us. You definitely got your message across to us. *Door opens.*

A1: Okay. So [inaudible] the cell phone information that I need to fill this out.

A2: Okay.

A1: Whatever information [inaudible].

KANDULA: *To officer.* Thank you.

A2: Thanks.

A1: Thank you.

OFFICER: No problem, yeah.

A1: Okay, so they were telling me—I was just talking to one of the guys at [inaudible]. He said there were two phones.

KANDULA: Oh, one of them doesn't work.

A1: One of them doesn't work? Oh, that's what he said, one of them doesn't work. So… But you have two phones?

KANDULA: Mm-hmm, yep.

A1: Okay. Were you using both of them?

KANDULA: Nah, just one of them.

A1: Just one of them? Okay. The one you were using… So this is, in order for us to look at this phone we have to ask for your consent. So this is another phone. I'm asking my partner who's at the scene to send me the information. But we're asking if we may take a look, do a complete search of that phone.

KANDULA: Yep, mm-hmm.

A1: Would you be willing to let us do that?

KANDULA: Mm-hmm, yep, no problem.

A1: Yeah?

KANDULA: Mm-hmm.

A1: What's—is there a passcode, password on that phone?

A2: He said it's like a… *Makes circular motion.*

KANDULA: Uh, yeah, right, yup. Yeah, so yeah.

A1: What is it?

KANDULA: It's like this one. *Makes motion with hand.*

A1: So if I draw…

A2: Yeah, draw the numbers for him.

A1: Yeah, if I draw a phone… I'm not great, so I'll look at my phone to see if I can do it. I don't have my iPhone, though. What type of phone is this, an iPhone, a Samsung?

KANDULA: I've got an LG right now [?].

A1: Okay. I'm looking for the pattern of numbers, James, if you beat me to this.

A2: Yeah. Is it just… *Makes motion with hands.*

KANDULA: It's just… yup.

A1: Okay, let's see, so… one, two…

KANDULA: Oh, it's not like that, you know…

A1: No?

KANDULA: It's like dots.

A2: Oh, it's the dots

KANDULA: Yep.

A2: It's like nine dots, right?

KANDULA: Yeah, yeah.

A1: Oh, okay. So let's do this instead.

A2: It's like we're deciphering a code.

A1: Right.

KANDULA: Yep.

A1: 1, 2, 3, 4, 5, 6, 7, 8, 9. Can you show me what that is?

KANDULA: Yup. *Drawing.* It goes like this, and it goes like this, and it goes like this.

A1: And it goes like that, and back up.

KANDULA: Yup, yup.

A1: Okay. Alright. Okay, let's see here. So… so, what is on your phone?

KANDULA: Not much, I mean.

A1: No?

KANDULA: It's mostly on that book, so yeah. Maybe my history, but, you know.

A1: Okay.

A2: Well thank you for sharing it with us.

KANDULA: Mm-hmm, yup.

A2: Okay, let's see. *Knock at door.* Come in.

PERSON OUTSIDE: It's locked.

A1: Oh, sorry. Oh jeez it's locked from this side too.

PERSON OUTSIDE: It's locked from both sides… They said it's locked from in there too... We're coming.

A1: No worries.

A2: *Door opens.* What's up?

AGENT 3: Hey. Can I talk to you?

A2: Yeah yeah, for sure.

A3: Thank you. *Door closes.*

A1: Okay. How are you feeling right now, are you feeling okay?

KANDULA: Yeah.

A1: Yeah?

KANDULA: Mm-hmm.

A1: Okay. You've had a long day, huh?

KANDULA: Yup, mm-hmm.

A1: Yeah. So were you born in Missouri?

KANDULA: Uh, no. Born in a different country.

A1: What country?

KANDULA: India.

A1: India?

KANDULA: Uh-huh.

A1: When did you move here?

KANDULA: Uh, ten maybe. Mm-hmm.

A1: You moved here at ten? That's a tough age to move, huh?

KANDULA: I mean, I guess, yeah.

A1: Yeah? Did you learn English growing up?

KANDULA: Yeah, yup.

A1: Yeah? That's good. I... I'm trying to learn...

KANDULA: I mean, I'm not affiliated to any country, so yeah.

A1: Sure.

KANDULA: I'm just linked, so yeah.

A1: So you came here when you were ten. Do you have any brothers or sisters?

KANDULA: Uh, yeah.

A1: Do you talk to them at all?

KANDULA: Nope.

A1: No?

KANDULA: Just me alone, like I said, right.

A1: Do you want to talk to them?

KANDULA: No, nobody.

A1: No?

KANDULA: Yep.

A1: Why not?

KANDULA: I just like being alone, like I said, right.

A1: Okay.

KANDULA: Mm-hmm.

A1: Yeah, no, I understand that.

KANDULA: Yep, mm-hmm.

A1: Just, sometimes if you need help or yeah…

KANDULA: I mean, I don't need help, but like I said, right.

A1: Okay.

KANDULA: Yup. I know this is like a really bad situation, but like I said, right, I got myself. I'm not worried about it, so yeah.

A1: Alright. Hmm. Is this your first time in Washington DC?

KANDULA: Yup. Pretty nice place.

A1: Yeah, it's a good city. Yeah, I've lived here a while.

KANDULA: Mm-hmm, yup.

A1: Have you traveled anywhere else?

KANDULA: Not really.

A1: No? Did your family move to Missouri when you got here?

KANDULA: Yeah, yup.

A1: Okay. How was your… When you were growing up, did you have a happy childhood?

KANDULA: Yeah, it was okay, I mean…

A1: Yeah? Why did things change?

KANDULA: I mean, not really, I mean, yeah. Just how things turned out, so yeah.

A1: So, you graduated high school, huh?

KANDULA: Mm-hmm.

A1: What would you like to do?

KANDULA: Political…

A1: Yeah?

KANDULA: Mm-hmm. I mean, I don't have any, you know, like I said, right, I'm not [power hungry?] but like I said, right, it's just… How this world should be, so yeah. I mean I could just retire, you know, so yeah.

A1: What's most important to you, like politically, what's the most important thing that you'd like to see changed?

32

KANDULA: I mean, you know, I could have this whole country, I mean, this whole world under one flag, so yeah.

A1: What's the subject in school you like to study the most?

KANDULA: I mean, I don't have any subjects like that.

A1: No?

KANDULA: No.

A1: Political science?

KANDULA: Nah, I mean, but like I said, right, you can't look back at the past, you gotta look at the future and this present, so yeah.

A1: So what do you want to do in the future?

KANDULA: I mean, I don't know, but like I said, right, I mean, the people who need to know this message will know it, so yeah. I'll be put in charge, so yeah. I mean, but like I said, right. Then I'll be here, or at least in that sense, so yeah. I mean it's nothing like, yeah, so. I don't want you to think that I'm crazy, but yeah.

A1: No, I'm just not sure what to say, I mean, the thing you did today… um… yeah.

KANDULA: But like I said, right, I'm not worried about it too much, you know, I'll be outta here [?], or, I mean, like I said, right.

A1: Yeah. *Door opens.*

A2: Alright.

A1: Okay.

KANDULA [?]: What else do we need for this?

A1: So, both of the phones… the power is dead, none of them power up. So we're not able to get… um…

A2: Okay.

A1: Specifics. Okay, let's see. I'm just seeing if the consent form's still an option or not.

A2: Do you think you'd be able to, uh, if you stood up do you think you'd be able to sign this?

KANDULA: Uh, yeah, I can try, yeah. Yeah.

A2: Are you able to do it?

KANDULA: Yep.

A2: Do you need it closer or anything? *Kandula signs.* Okay, thanks Sai.

KANDULA: Yep. No problem.

A2: Appreciate you.

KANDULA: Yup.

A1: We should still be able to get the number… There's certain information we have to get from the phone in order for us to have you sign this. They should be able to remove—is it in the [inaudible]—they should be able to remove the card, right? The SIM card?

A2: Yeah. You doing okay?

KANDULA: Mm-hmm, yeah.

A2: You good?

KANDULA: Yup.

A2: Okay. You hungry?

KANDULA: Yeah.

A2: Okay. I think the Secret Service is gonna talk to you one more time…

KANDULA: Yup.

A2: And I think they brought you a snack.

KANDULA: Mm-hmm, yup.

A1: You'll be able to get some food.

KANDULA: Yup.

A1: I was just asking Sai just about—he said he was, um—just asking about growing up. He said he was born in India and he came here when he was ten.

A2: Okay.

A1: He has some brothers and sisters.

KANDULA: Mm-hmm.

A1: But hasn't stayed in touch with them.

A2: Gotcha.

A1: Um… No real interest in school, but yeah… So what do you think's gonna happen next, like what will happen next for you?

KANDULA: I think the right people will reach out to me, so yeah. It might take time, but like I said, right.

A2: Who's the right people?

KANDULA: I mean, like I said, right, the people who control the system, so yeah.

A2: Okay. You tired of sitting?

KANDULA: Mm-hmm, yup.

A1: You probably had a long flight from the plane.

KANDULA: Yeah.

A1: Okay. Let's see. I'll just wait to hear back real quick and then we'll step out here. So he was able to sign that?

A2: Yup, he signed this.

A1: Do you have any questions for us?

KANDULA: Nope.

A1: No?

KANDULA: Will this be on the news? I was just wondering.

A1: So this interview right here won't be.

A2: There's no guarantee that anything you did tonight is gonna be on the news.

KANDULA: Yeah, that's fine, no worries, so yeah.

A2: So. Can't promise you that.

KANDULA: Yup.

- A2: And also, you know, in the future, I recommend against trying something like this again.
- KANDULA: No problem.

A2: Because, like I said, you're a nice guy, you seem smart, you know.

KANDULA: Like… it doesn't really matter, like I said, right.

A2: No, I know [inaudible].

A1: It does though, it does matter.

A2: It matters to me, it matters to her. It might not matter to you, but… I appreciate that you've been very open with us, willing to talk.

KANDULA: Yup, mm-hmm.

A2: That means a lot.

KANDULA: Yup.

A2: And I think we've had a good conversation.

KANDULA: Yup.

A1: If you want, I don't want to [inaudible]. Do you want us to step out and come in or…

A2: Yeah, yeah, we can step out. Do you want another sip of water?

KANDULA: Uh, yeah.

A2: Yeah, you want a sip of water? Alright. *To A1.* Can you hold this for me?

A1: Oh, sure.

A2: Wanna sit down?

KANDULA: Yup.

A2: Alright, ready? I'll start slow.

KANDULA: Uh-huh. Thank you.

A2: Cool. So we're gonna step out. These guys will come in and talk to you, we might just pop in one more time to get this stuff for the phone…

KANDULA: Yup, mm-hmm.

A2: Then we'll be out of your hair. But it was nice to meet you.

A1: Nice to meet you.

KANDULA: Yup, mm-hmm.

A2: Thank you for speaking with us and being so cooperative.

KANDULA: Yup.

A2: Alright, thank you.

A1: Thank you.

KANDULA: No problem, yep.

A1: Okay. *Door opens.* [Inaudible]… so we're just waiting to hear about that.

SECRET SERVICE 1 (SS1): Okay.

A2: We'll just knock once…

SS1: [Inaudible].

A2: He's able to… He's able to… he was able to sign it for us.

SS1: Okay.

A2: Sai, you're gonna have to sign some stuff.

SS1: We brought you something. You said you were hungry, so we brought you some food, okay?

KANDULA: Uh-huh, yep.

SS1: Are you okay with talking to us again? We just have food and we wanted to…

KANDULA: Yeah, uh, thank you.

SECRET SERVICE 2 (SS2): Yeah.

SS1: Do you have any allergies?

KANDULA: No, no thank you. Uh, no.

SS1: No egg or any allergies?

KANDULA: Nope.

SS1: Okay, well these muffins are yours.

KANDULA: Yup, thank you.

SS2: And we can put them there, and when you're…

SS1: Done you can eat them.

SS2: Just some cornbread, so.

SS1: Do you like cornbread?

KANDULA: Yeah, mm-hmm.

SS1: Alright, so, we found your story to be intriguing, right? So we wanted to talk to you again. Are you okay with us talking to you?

KANDULA: Yep, no problem.

SS1: Okay. I have to read you something, okay, before we start?

KANDULA: Okay.

SS1: Um… This is your Miranda statement of rights. You must understand your rights before we ask you any questions. You have the right to remain silent. Anything you said can and will be used against you in a court of law. You have the right to talk to a lawyer and have one present with you while you are being questioned. If you cannot find—afford to hire a lawyer, one will be appointed to represent you before any questioning, if you wish. You can decide at any time to stop the questioning by not answering any questions or making any statements. Do you consent, saying I've read the statement of rights and understand my rights, and I am willing to answer any questions without a lawyer present?

KANDULA: That works. Yeah.

SS1: Is that okay with you?

KANDULA: Yup.

SS1: Are you the right at all?

KANDULA: Sorry?

SS1: Are you the right? *Makes handwriting motion.*

KANDULA: Yep, yeah.

SS1: How high up can you reach?

KANDULA: Uh, I can reach it, yep. So yeah.

SS1: Are you okay?

KANDULA: Yup, mm-hmm, that works.

SS1: And then your signature.

KANDULA: Mm-hmm.

SS1: And then we're gonna sign the form too, okay?

KANDULA: Mm-hmm, yup, okay. Thank you.

SS1: Thank you. Alright. And then we'll just sign this. Alright. So what we're gonna do tonight is we're gonna read—just to make sure we have your story right and we understand you, but we're gonna talk to you about earlier again just to make sure we understand your story.

KANDULA: Yup, mm-hmm.

SS1: At any point if you want to eat, go ahead and do that, okay?

KANDULA: Mm-hmm.

SS1: He's gonna run through some questions, okay?

KANDULA: Mm-hmm.

SS1: And then he's gonna see if everything you told us is the same way it was, okay?

KANDULA: Mm-hmm, yep.

SS2: So, can we—I just wanna start with just today, can you just walk me through your day. You woke up, and then just… got to where we are now.

KANDULA: Yup.

SS2: Whenever you're ready.

KANDULA: Yup, mm-hmm, yup. So yeah. Yeah, no, that was it, yup. I'm sorry?

SS2: So just walk me through today.

KANDULA: Oh, yup. So I took a flight to New York. And like I said, right, from there to DC. My flight got [inaudible]. I missed it because I, like I said, right, flight delays, so yeah. But like I said, right, they rebooked it, so yeah.

SS2: So you took a flight to New York—you said New York, or Newark?

KANDULA: New York, yep, so yeah. And uh, like I said, right, I got here, and like I said, right, rented a U-Haul.

SS1: What time did you get here?

KANDULA: I got here by uh, I should say, 8.