# Adam Fein

| | |
|---|---|
| **From:** | skandula555@gmail.com |
| **Sent:** | Thursday, May 4, 2023 12:18 PM |
| **To:** | Sam Keyton |
| **Subject:** | Re: FW: CarNow Commercial Truck Sales Leads |
| **Attachments:** | image094331.png; image272334.png; image319732.png; image208400.png; image965256.png; image226126.png; image344042.png; image653437.png; image833133.png |

Hi so  how much would it cost.

On Thu, May 4, 2023, 12:10 PM Sam Keyton <skeyton@allroadstrucks.com> wrote:

We do not Rent Dump Trucks, we only sell them.  If you have an interest in purchasing one, let me know.  Thanks  Sam Keyton  240-375-7096

This message contains confidential information and is intended only for the intended recipients. If you are not an intended recipient you should not disseminate, distribute or copy this e-mail. Please notify us immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore we do not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. [code:21sreq1div]

**Sam Keyton**
Commercial Truck Sales Representative
All Roads Trucks - Landover (Ardwick)

skeyton@allroadstrucks.com
(800) 492-0709 x224    (240) 375-7096(240) 487-3355
AllRoadsTrucks.com

This message contains confidential information and is intended only for the intended recipients. If you are not an intended recipient you should not disseminate, distribute or copy this e-mail. Please notify us immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore we do not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. [code:21sreq1div]

**From:** CarNow-NO-REPLY <leads-noreply-1683218552@carnow.com>
**Sent:** Thursday, May 4, 2023 12:43 PM
**To:** Chris Crocker <CCrocker@allroadscompany.com>; Ryan Keyton <rkeyton@allroadstrucks.com>
**Subject:** CarNow Commercial Truck Sales Leads

**Caution:** This is an external email that has originated from outside your organization

1

## CarNow Commercial Truck Sales Leads #kulv2nvll7v2Kw6n

| | |
|---|---|
| Account: | All Roads Trucks |
| Date: | 05/04/23 12:42 pm |
| Name: | Sai |
| Phone: | 6367771225 |
| Mobile Phone: | 6367771225 |
| SMS Opt Out: | |
| Email: | skandula555@gmail.com |
| City: | Chesterfield, MO |
| Vehicle: | |
| Alerts: | hi do you rent dump trucks, if so can you tell me how much it is for one day. I have a building to construct which requires a truck. for about a day. - 05/04/23 12:37 pm |
| Department: | Commercial Truck Sales |
| Agent: | Christine L |
| Originated: | https://www.allroadstrucks.com/ |
| Notes: | [12:42 pm] Christine L hi do you rent dump trucks, if so can you tell me how much it is for one day. I have a building to construct which requires a truck. for about a day. |
| Transcript: | https://app.carnow.com/chat/kulv2nvll7v2Kw6n |

[12:35 pm] : Please remember to ask about our latest inventory by using this live chat!

[12:35 pm] Sai: hi do you rent dump trucks, if so can you tell me how much it is for one day. I have a building to construct which requires a truck. for about a day.

[12:35 pm] : Thank you. May I ask who I have the pleasure of speaking with?

[12:35 pm] Sai: sai

[12:35 pm] : One moment while I connect you with a member of our team.

[12:36 pm] Sai: skandula555@gmail.com

[12:36 pm] Christine L: Nice to meet you Sai. My name is Christine L. Give me a moment to check on that for you.

[12:37 pm] Christine L: hi do you rent dump trucks, if so can you tell me how much it is for one day. I have a building to construct which requires a truck. for about a day.

2

[12:37 pm] Christine L: A Sales Specialist will be able to give more information about renting dump trucks. What would be the best phone number for them to reach you?

[12:38 pm] Sai: 6367771225

[12:38 pm] Sai: just give a message or, email me thanks.

[12:39 pm] Christine L: What time works best for you to come by and discuss options?

[12:39 pm] Christine L: SALES - M: 08:00AM-05:00PM, T: 08:00AM-05:00PM, W: 08:00AM-05:00PM, T: 08:00AM-05:00PM, F: 08:00AM-05:00PM, S: 08:30AM-12:30PM, S: Closed

[12:41 pm] Christine L: Thank you. I will forward your information to our team. Someone should be reaching out to you. Is there anything else?

[12:42 pm] Christine L: Please feel free to reach out to us if we can be of any further assistance. Have a nice day and be safe.

[12:42 pm] Christine L: hi do you rent dump trucks, if so can you tell me how much it is for one day. I have a building to construct which requires a truck. for about a day.

| | |
|---|---|
| Returning Visitor: | Yes |
| Returning Customer: | No |
| Browsing History: | https://www.google.com/ https://www.google.com/ |

Powered by CarNow, Inc.

## Adam Fein

**From:** skandula555@gmail.com
**Sent:** Saturday, April 22, 2023 8:02 PM
**To:** INFO
**Subject:** Re: Contact Us Form Notification

Yes, that would work, I am gonna let you know the time as soon as I can.

Thanks.

On Sat, Apr 22, 2023, 7:56 PM INFO <info@aspisps.com> wrote:
We can schedule an in-person meeting if you would like to discuss the process.

Get Outlook for iOS

**From:** sai kandula <skandula555@gmail.com>
**Sent:** Saturday, April 22, 2023 8:52:52 PM
**To:** INFO <info@ASPISPS.com>
**Subject:** Re: Contact Us Form Notification

Ok, thank you. Is there anything you could tell me regarding the process because I am looking into starting a security for VIPs.

Thank you for your time

On Sat, Apr 22, 2023, 7:47 PM INFO <info@aspisps.com> wrote:
That's not how it works. We will need much more information and an in-person meeting.

Get Outlook for iOS

**From:** Aspis Training Center <noreply@aspistc.com>
**Sent:** Saturday, April 22, 2023 8:42:17 PM
**To:** INFO <info@ASPISPS.com>
**Subject:** Contact Us Form Notification

(REPLY TO THIS MESSAGE TO CONTACT THE SENDER)

**Name**

sai kandula

**Phone**

6367771225

**Email Address**

skandula555@gmail.com

1

**Comments / Questions**

hi, I am looking for about 25 armed guards, and a armored convoy to transport them for security purposes, can you provide me with how long it would take for it to be arranged(I am looking for within 1 day time span to be transported near Arlington dc), and also please provide me with the cost.

thank you.

This e-mail message and attachments may contain confidential, proprietary or privileged information. If you are not the intended recipient, any unauthorized review, use, disclosure or distribution is prohibited. Please notify Aspis Protection Service, LLC immediately by replying to this message or by sending an e-mail to info@aspisps.com and then delete this information from your computer. Also, please be advised all e-mail communication from this source is subject to monitoring and review for compliance with company policy.

2

## Adam Fein

**From:** skandula555@gmail.com
**Sent:** Wednesday, May 3, 2023 10:42 AM
**To:** Evan Kluding
**Subject:** Re: StraightLine Private Air

11:30

On Wed, May 3, 2023, 10:41 AM sssk <skandula555@gmail.com> wrote:

Yes.

On Wed, May 3, 2023, 9:41 AM Evan Kluding <evan@flystraightline.com> wrote:

Hi Sai:

Thanks for the quick response and we are happy to help. Yes, we can certainly help right away. Once you join you are provided a Dedicated Member Flight Ambassador that can assist with your flight and arrange for ground transportation if needed. Flights from St. Louis to DC would start around $10k but pricing would depend on the aircraft required and a few other variables. Would you like to find a couple of minutes to discuss today?

Thanks, Sai.

Best,

**Evan Kluding | Vice President of Membership**

W: 303-285-8621 | M: 720-352-1453

evan@flystraightline.com

*Discover a better way to fly private without membership fees or dues - StraightLine Private Air*

**From:** sssk <skandula555@gmail.com>
**Sent:** Wednesday, May 3, 2023 8:30 AM
**To:** Evan Kluding <evan@flystraightline.com>
**Subject:** Re: StraightLine Private Air

1

hi, I have a couple of questions so is this available right away, I am looking for a flight from st louis to dc as soon as possible ( I will give a date) and also will I be transported to a airport via car, and board without going through standard procedures?. also can you tell me how much the flight is,.

thanks.

.