UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 1:23-cr-00222-DLF |
| | : | |
| SAI VARSHITH KANDULA, | : | |
| | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

The Government and Defendant Sai Varshith Kandula, by and through his attorney, respectfully submits this Joint Status Report regarding the defendant's pending psychiatric and psychological examination pursuant to 18 U.S.C. § 4244(b).

1. On October 1, 2024, the Court found there was reasonable cause to believe that the defendant, Sai Varshith Kandula, may presently be suffering from a mental disease or defect for the treatment of which he may need to be placed in custody for care or treatment in a suitable facility. As a result, the Court ordered a psychiatric or psychological examination pursuant to 18 U.S.C. § 4244(b). The defendant was committed to the custody of the Attorney General of the United States for the purpose of a psychiatric or psychological examination at a suitable federal facility under 18 U.S.C. § 4244 and 4247. The Court directed the parties to provide a monthly joint status report on the defendant's progress, beginning on November 1, 2024.

2. Defendant Kandula was transported by the United States Marshals Service (USMS) and arrived at the Federal Medical Center, Butner, North Carolina on October 21, 2024. According to the Bureau of Prisons, the defendant's evaluation period ended on November 20, 2024. His report, in compliance with the Court's order was completed on November 27, 2024 and a copy was provided by electronic mail to government and defense counsel. The original report was sent

by mail the Court. At this point, Defendant Kandula will be transported back to the District of Columbia and the Court can schedule and conduct the hearing required under 18 U.S.C. § 4244(c). Based on this timeline, including the transportation timeline of the United States Marshal's Service, the defendant is estimated to be back in the jurisdiction no later than December 28, 2024.

4. The parties will continue to monitor the defendant's progress, will alert the Court to any issue that causes a deviation in this expected timeline, and will submit the next Joint Status Report on January 2nd or as soon as the parties receive notification that he has arrived in the District of Columbia.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

*/s/ Alexander Schneider*
ALEXANDER SCHNEIDER
Special Assistant United States Attorney
Michigan Bar No. #P71467
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-7124
Email: alexander.schneider@usdoj.gov

*/s/ Scott Rosenblum*
SCOTT ROSENBLUM
Counsel for Defendant
Missouri Bar No. #33390
120 S. Central Ave., #130
Clayton, MO 63105
Phone (314) 862-4332
Email: srosenblum@rsfjlaw.com