# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 23-cr-222-DLF |
| v. : | |
| : | |
| SAI VARSHITH KANDULA, : | |
| : | |
| Defendant. : | |

## NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Special Assistant United States Attorney Alexander R. Schneider, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

    Respectfully submitted,

    EDWARD R. MARTIN, JR.
    United States Attorney
    DC Bar No. 481866

By:    /s/ *Alexander R. Schneider*
    Alexander R. Schneider
    Michigan Bar #P71467
    Special Assistant United States Attorney
    601 D Street, N.W.
    Washington, D.C. 20530
    (202) 252-7124
    alexander.schneider@usdoj.gov